UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINSVILLE DIVISION

CAMILLA KRUITBOSCH and
LAURA JUNIO,

  Plaintiffs,

CASE NO.: 1:18-cv-00054-MW-GRJ

v.

ALLY FINANCIAL, INC.,

  Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**COMES NOW** the Plaintiffs, CAMILLA KRUITBOSCH and LAURA JUNIO, and the Defendant, ALLY FINANCIAL, INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 26th day of August, 2019.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Gillian Williston* |
| Octavio Gomez, Esquire | Gillian Williston, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 14270 |
| Morgan & Morgan Tampa, P.A. | Troutman Sanders LLP |
| 201 N. Franklin Street, Suite 700 | 222 Central Park Avenue, Suite 2000 |
| Tampa, Florida 33602 | Virginia Beach, VA 23462 |
| Tele: (813) 223-5505 | Telephone: (757) 687-7500 |
| Email: TGomez@ForThePeople.com | E-mail: gillian.williston@troutman.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |