IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CAMILLA KRUITBOSCH and**
**LAURA JUNIO,**

    **Plaintiffs,**

v.                                        Case No. 1:18-cv-54-AW-GRJ

**ALLY FINANCIAL, INC.,**

    **Defendant.**

_____/

## **ORDER REGARDING DISMISSAL**

The parties have filed a joint stipulation of dismissal without prejudice. ECF No. 18. Pursuant to Rule 41(a)(1)(A)(ii), this notice is self-executing. This Order confirms the dismissal.[*] The Clerk shall close the file.

SO ORDERED on August 29, 2019.

                                              s/ *Allen Winsor*
                                              United States District Judge

---

[*] The stipulation's text refers to "each claim and count therein asserted by Plaintiff against the Defendant in the above styled action" and does not explicitly address Defendant's counterclaim (ECF 8). Nonetheless, it appears that the stipulation was intended to reach all claims, including the counterclaim. To the extent the counterclaim was not covered by the stipulation, the counterclaim is nonetheless dismissed without prejudice. The Court lacks jurisdiction to consider the counterclaim—a state-law breach-of-contract claim.